*handwritten top right: 1109/748 $4.94 5/4/11*

## ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

April 29, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street
Suite 250, 2nd Floor
Buffalo, New York 14202

Re: Vincent and Stephanie Dunston; Case No. 03-16182K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.94. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

\_X\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Household Credit Services    Amount $0.63    Claims Register # 1
Claimant Sears Roebuck & Co.          Amount $1.99    Claims Register # 5
Claimant Charming Shoppes - Fashion Bug  Amount $1.48    Claims Register # 22
Claimant Premier Bankcard             Amount $0.84    Claims Register # 23

_signature_
Trustee Name


FILED MAY - 4 2011 BANKRUPTCY COURT BUFFALO, N.Y.